# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0458

VERSUS

DARRELL BEASLEY

**MAY 12, 2023**

---

In Re:   Darrell Beasley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-05852.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **STAY LIFTED.   WRIT DENIED AS MOOT.**  The record of the Clerk of Court of East Baton Rouge Parish shows that on May 12, 2023, the district court reversed its previous ruling and has granted the defendant's motion for mistrial.  Accordingly, the relief that relator seeks in this writ application is moot.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.__

DEPUTY CLERK OF COURT
FOR THE COURT